UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| AMBER L. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:07-cv-642-SEB-TAB |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

The plaintiff's motion for award of attorney fees is **granted in part and denied in part.**

**IT IS THEREFORE ORDERED** that the plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act is granted such that the plaintiff, through her attorney, shall recover from the United States of America the sum of $6415.33 for the representation accorded to the plaintiff in this action.

In addition, the plaintiff shall recover from the United States the filing fee of $350.00 and $16.64 for mailing expenses.

Date: 08/25/2009

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Jennifer Michelle Hess
PETIT HESS PETIT & SLACK
jenhessatty@aol.com